UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Victor Manuel SERRANO-Contreras,<br><br>　　　　　Defendant. | Magistrate Case No.: 08 MJ 1665<br><br>COMPLAINT FOR VIOLATION OF<br><br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

That on or about May 26, 2008, within the Southern District of California, defendant Victor Manuel SERRANO-Contreras, did knowingly and intentionally import approximately 10.72 kilograms (23.58 pounds) of Marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Special Agent
　　　　　　　　　　　　　　　　　U.S. Immigration & Customs
　　　　　　　　　　　　　　　　　Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 27th, DAY OF MAY 2008.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HON. Jan M. Adler
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

**UNITED STATES OF AMERICA**

v.

**Victor Manuel SERRANO-Contreras**

### STATEMENT OF FACTS

This complaint is based on the reports, documents and notes furnished to U.S. Immigration and Customs Enforcement Special Agent Andrew Soule.

On May 26, 2008, at approximately 09:40 hours, Victor Manuel SERRANO-Contreras, a citizen of Mexico, was driving a green 1996 Ford Windstar bearing no license plates through the pre-primary area of lane 4 at the Otay Mesa Port of Entry (POE) when Customs and Border Protection K-9 Enforcement Officer David Reynoso's Human and Narcotic Detector Dog alerted to at rear of the vehicle. SERRANO applied for entry into the United States from the Republic of Mexico and gave two negative Customs declarations in the Spanish language. SERRANO then presented his Border Crossing Card (DSP-150) to Customs and Border Protection Officer (CBPO) T. Riccitelli.

During the screening process, CBPO Riccitelli noticed that the vehicle was occupied by a lone male driver and that it had no license plates. Riccitelli asked SERRANO if the vehicle was his and where he was going. SERRANO replied that the vehicle was not his and that he was driving it to a parking lot at Otay Mesa. Riccitelli used her "buster" on the spare tire of the SERRANO'S vehicle and received unusually high density readings. Riccitelli handcuffed SERRANO and escorted him to the security office of the

Otay Mesa POE. SERRANO's vehicle was taken to the secondary inspection area for further examination.

During secondary examination, CBPO M. Yanez performed a 7-point inspection of the vehicle. She located three packages inside the spare tire. She field-tested a random sample from one of the packages positive for marijuana. The total weight of the three packages was 10.72 kilograms (23.58 pounds). SERRANO was arrested for importation of marijuana into the United States.

    Special Agents with Immigration and Customs Enforcement (ICE) conducted a visual inspection of the Windstar and found that it was void of all personal objects. SERRANO was searched incident to arrest and had 276 U.S. dollars on his person.

    SERRANO was later advised of his Constitutional rights according to Miranda in the Spanish language, which he acknowledged and waived. ICE Special Agents Elizabeth Cervantes and Andrew Soule interviewed SERRANO at 1:32 p.m. SERRANO declared he works for Laura Estela Aldaco and gets paid 20 dollars each way, to drive cars across the border for export to Mexico. Today SERRANO was being paid 25 dollars to drive the Windstar for Ibu Mora to "Nena's" parking lot off Siempre Viva Rd. near the Otay Mesa POE. After crossing into the United States, was going to drop off the car at "Nena's" parking lot. Prior to leaving the car at the parking lot, he was going to stop at Alcado Imports, across the street from the Otay Mesa Jack in the Box restaurant, and repay Yolanda Alcado 250 dollar loan. After dropping off the van, SERRANO would then walk or be given a ride back to the border. From there SERRANO would walk to Mora's office, one mile south of the Otay Mesa POE, where he would turn over the vehicle title paperwork to Mora in person.

When questioned further about Ibu Mora, SERRANO stated that Mora is an acquaintance he has known for one to two years. Mora's business is located next to Aldaco's, SERRANO'S usual employer. SERRANO decided to work on May 26, 2008, because business was slow.

SERRANO was transported to the Metropolitan Correctional Center, San Diego, California awaiting his Initial Appearance before a U. S. Magistrate Judge in San Diego, California.