**Minutes of the United States District Court**
**Southern District of California**
**JUNE 10, 2008**

| HON. JAN M. ADLER | DEPUTY CLERK: **R. RHONE** |
|---|---|

TAPE NO. JMA08-01-15:17-15:18

08MJ1665-JMA      USA      vs.      VICTOR MANUEL SERRANO-CONTRERAS (C)

STATUS HEARING

HOLLY A. SULLIVAN, CJA

AUSA: CARLOS CANTU

---

GOVT'S ORAL MOTION TO DISMISS CASE WITHOUT PREJUDICE   - GRANTED
ABSTRACT ISSUED TO USM

1 MINUTE